**SAO**
GABROY LAW OFFICES
Christian Gabroy, Esq. (#8805)
Ivy Hensel, Esq. (#13502)
The District at Green Valley Ranch
170 South Green Valley Parkway, Suite 280
Henderson, Nevada 89012
Tel   (702) 259-7777
Fax  (702) 259-7704
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANGELA MARTINEZ, an Individual,<br><br>               Plaintiff,<br>vs.<br><br>VADATECH, INC.;<br>EMPLOYEE(S)/AGENT(S) DOES 1-10;<br>and ROE CORPORATIONS 11-20,<br>inclusive,<br><br>              Defendants | Case No.: 2:14-CV-02155-GMN-NJK<br><br>**STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO DISMISS AND DEFENDANT'S MOTION TO STAY PENDING ARBITRATION** |

IT IS HEREBY STIPULATED, by and between Plaintiff Angela Martinez and Defendant Vadatech, Inc. through their respective counsel, that Defendant filed its Motion to Dismiss (Dkt No. 16) on February 19, 2015, that Defendant filed its Motion to Stay Pending Arbitration (Dkt No. 17) on February 19, 2015. Plaintiff and Defendant are engaged in good faith discussions that could lead to a resolution of the claims and issues between the parties.

Therefore, it is stipulated and agreed by and between Plaintiff and Defendant as follows:

1. Plaintiff has an additional fourteen (14) days to respond to Defendant's Motion to Dismiss. Plaintiff's deadline to respond or otherwise reply to Defendant's Motion to Dismiss will be extended until March 20, 2015.

2. Plaintiff has an additional fourteen (14) days to respond to Defendant's Motion to Stay Pending Arbitration. Plaintiff's deadline to respond or otherwise reply to Defendant's Motion to Stay Pending Arbitration will be extended until March 20, 2015.

**IT IS SO STIPULATED**

DATED: March _6th___, 2015.

By:___/s/ Christian Gabroy_____
CHRISTIAN GABROY
The District at Green Valley Ranch
170 South Green Valley Parkway,
Suite 280
Henderson, Nevada 89012
Tel     (702) 259-7777
Fax    (702) 259-7704
*Attorney for Plaintiff*

DATED: __March _6th__, 2015.

By: _/s/Whitney_Selert_____
WHITNEY J. SELERT
Fisher & Phillips LLP
3800 Howard Hughes Parkway
Suite 950
Las Vegas, NV 89169
Tel: (702) 252-3131
Tel: (702) 252-7411
*Attorney for Defendant*

**IT IS SO ORDERED.**

_____
Gloria M. Navarro, Chief Judge
United States District Court

**DATED:  03/06/2015**