1  FISHER & PHILLIPS LLP
   SCOTT M. MAHONEY, ESQ.
2  Nevada Bar No. 1099
   WHITNEY J. SELERT, ESQ.
3  Nevada Bar No. 5492
4  3800 Howard Hughes Parkway
   Suite 950
5  Las Vegas, NV  89169
   Telephone:  (702) 252-3131
6  Facsimile:   (702) 252-7411
7  E-Mail Address:  wselert@laborlawyers.com

8  Attorneys for Defendant

9  **UNITED STATES DISTRICT COURT**

10 **DISTRICT OF NEVADA**

| | | |
|---|---|---|
| 11 | ANGELA MARTINEZ, an Individual, ) | Case No. 2:14-cv-02155-GMN-NJK |
| 12 | ) Plaintiff, ) | |
| 13 | ) vs. ) | **STIPULATION AND ORDER TO** |
| 14 | ) VADATECH, INC.; EMPLOYEE(S)/ ) | **STAY PROCEEDING PENDING ARBITRATION** |
| 15 | AGENT(S) DOES 1-10; and ROE ) CORPORATIONS 11-20, inclusive, ) | |
| 16 | ) | |
| 17 | Defendants. ) _____  ) | |

18

19  Plaintiff, Angela Martinez, by and through her counsel, Christian Gabroy and

20 Defendant, VadaTech Inc. ("VadaTech"), by and through its counsel, Fisher & Phillips

21 LLP, hereby stipulate and agree as follows:

22  That, pursuant to the "Applicant's Statement & Agreement" between Plaintiff

23 and Defendant included with Plaintiff's employment application, a true and correct

24 copy of which is attached as Exhibit 1 to this Stipulation and Order:

25  (1)  This case be stayed and all matters set forth in the Complaint filed by

26 Plaintiff in this matter be adjudicated pursuant to the private arbitration procedure set

27 forth in the "Applicant's Statement & Agreement";

28

1      (2) This Court shall retain jurisdiction over this matter for the limited purpose
2  of confirming, enforcing, modifying, or vacating any award or judgment on the
3  arbitration of the claims set forth in the Complaint pursuant to applicable law and the
4  parties' arbitration agreement;

5      (3) Each party shall be entitled to conduct general discovery as provided by
6  applicable federal law, and not only those provisions specifically applicable to
7  arbitrations. This discovery shall be in addition to, and not limited by, the provisions of
8  Federal Rules of Civil Procedure or other provisions purporting to limit discovery in
9  arbitration proceedings; and

10      (4) Defendant Vadatech shall pay the administrative costs and expenses unique
11  to arbitration, including the expenses and fees of the arbitrator.

12      .

DATED this ___ day of March, 2015      DATED this ___ day of March, 2015

FISHER & PHILLIPS LLP      GABROY LAW OFFICES

By: /s/ Whitney J. Selert      By: /s/ Christian Gabroy
Mark J. Ricciardi, Esq.      Christian Gabroy, Esq.
Whitney J. Selert, Esq.      The District at Green Valley Ranch
3800 Howard Hughes Parkway      170 South Green Valley Parkway
Suite 950      Suite 280
Las Vegas, Nevada 89169      Henderson, Nevada 89012

Attorneys for Defendant      Attorneys for Plaintiff

Defendant's motion to stay (Docket No. 17) is DENIED as moot.

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated: March 20, 2015