**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| ANGELA MARTINEZ, | ) | Case No. 2:14-cv-02155-GMN-NJK |
|      Plaintiff(s), | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| VADATECH, INC., | ) | |
| | ) | |
|      Defendant(s). | ) | |

On March 20, 2015, this case was stayed pending arbitration. Docket No. 22. Since that time, no further action has been taken in this case. The Court hereby ORDERS the parties to file a joint status report no later than March 2, 2016.

IT IS SO ORDERED.

DATED: February 25, 2016

_____
Nancy J. Koppe
United States Magistrate Judge