# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ANGELA MARTINEZ,<br><br>    Plaintiff(s),<br><br>v.<br><br>VADATECH, INC.,<br><br>    Defendant(s). | Case No. 2:14-cv-02155-GMN-NJK<br><br>ORDER |

On March 20, 2015, this case was stayed pending arbitration. Docket No. 22. On February 29, 2016, the parties filed a status report indicating that the arbitration took place on January 11, 2016, and the arbitration reply brief would be filed on March 10, 2016. Docket No. 26 at 1. Since that time, no further action has been taken in this case. The Court hereby **ORDERS** the parties to file a joint status report no later than June 24, 2016.

IT IS SO ORDERED.

DATED: June 17, 2016

_____
Nancy J. Koppe
United States Magistrate Judge