**SAO**
GABROY LAW OFFICES
Christian Gabroy, Esq. (#8805)
Oscar Peralta, Esq. (#13559)
The District at Green Valley Ranch
170 South Green Valley Parkway, Suite 280
Henderson, Nevada 89012
Tel   (702) 259-7777
Fax   (702) 259-7704
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANGELA MARTINEZ, an Individual, | Case No.: 2:14-CV-02155-GMN-NJK |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| VADATECH, INC.; EMPLOYEE(S)/AGENT(S) DOES 1-10; and ROE CORPORATIONS 11-20, inclusive, | |
| Defendants | |

This case was stayed pending arbitration on March 20, 2015. The arbitration took place on January 11, 2016 and January 12, 2016. The Interim Award was issued by the Honorable Judge Pro on April 25, 2016. The Final Award was issued by the Honorable Judge Pro on July 11, 2016. Defendant satisfied the award on July 19, 2016.

///

///

///

///

///

AS SUCH IT IS SO STIPULATED BY AND BETWEEN THE PARTIES THAT THIS MATTER BE DISMISSED WITH PREJUDICE

DATED: July _26th__, 2016.                                  DATED: July _26th__, 2016.

By:__/s/ Christian Gabroy_____          By:__/s/ Whitney J. Selert_____
CHRISTIAN GABROY                              WHITNEY J. SELERT
The District at Green Valley Ranch        Fisher & Phillips LLP
170 South Green Valley Parkway,           300 S. Fourth Street
Suite 280                                             Suite 1500
Henderson, Nevada 89012                   Las Vegas, NV 89101
Tel : (702) 259-7777                             Tel: (702) 252-3131
Fax: (702) 259-7704                              Fax: (702) 252-7411
*Attorney for Plaintiff*                           *Attorney for Defendant*

DATED: July __26th__, 2016.

By:_/s/ John Lattin_____
JOHN LATTIN
Fisher & Phillips LLP
2050 Main Street
Suite 1000
Irvine, CA 92614
Fax: (949) 851-0152
*Attorney for Defendant*

**IT IS SO ORDERED.**

Based on the parties' stipulation, IT IS HEREBY ORDERED this action is DISMISSED with prejudice, as to Defendant and Plaintiff, each to bear its own fees and costs.

_____
UNITED STATES DISTRICT COURT JUDGE

DATED this 26 day of July, 2016.